## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBBIE SHARE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MERCHANDISING SPECIALISTS, INC.,<br><br>Defendant. | CASE NO. 1:21-cv-04839-JHR-SAK<br><br>CIVIL ACTION |

## UNOPPOSED MOTION FOR APPROVAL OF
## FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT

Plaintiff Debbie Share, through her undersigned counsel, respectfully moves this Court for an Order granting approval of the Parties' FLSA Collective Action Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion. This Motion is based on the accompanying Memorandum of Law, the attached Exhibit, and all other records, pleadings, and papers on file in this action. Defendant does not oppose the approval sought in this Motion.

A proposed Approval Order is submitted for the Court's consideration.

Dated: February 11, 2022    Respectfully submitted,

*/s/ Camille Fundora Rodriguez*
Shanon J. Carson, *pro hac vice*
Camille Fundora Rodriguez (NJ No. 909682012)

        Alexandra K. Piazza (NJ No. 010922013)
        BERGER MONTAGUE PC
        1818 Market Street, Suite 3600
        Philadelphia, PA 19103
        Tel.: (215) 875-3000
        Fax: (215) 875-4604
        scarson@bm.net
        crodriguez@bm.net
        apiazza@bm.net

        *Attorney for the Plaintiff and the Proposed*
        *FLSA Collective*

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via the Court's ECF system on February 11, 2022.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
