# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBBIE SHARE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MERCHANDISING SPECIALISTS, INC.,<br><br>Defendant. | CASE NO. 1:21-cv-04839-JHR-SAK<br><br>CIVIL ACTION |

## ORDER GRANTING
## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF
## FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT

AND NOW, this _10th_ day of _March_, 2022, upon consideration of Plaintiff's Unopposed Motion for Approval of FLSA Collective Action Settlement Agreement, the Court grants Plaintiff's Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is approved as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. For settlement purposes only, the following Settlement Collective is certified pursuant to 29 U.S.C. § 216(b):

> All persons who worked for American Merchandising Specialists, Inc. and were paid on a salary basis by AMS to perform brand advocacy and merchandising services in the United States from October 14, 2018 to February 20, 2021, and who were classified as exempt from overtime requirements.

3. The service award to Plaintiff Share in the amount of $7,500.00 is approved;

4. Plaintiff's unopposed request for attorneys' fees in the amount of $166,666.67 and costs not to exceed $6,500.00 are approved;

5. Angeion Group is approved as Settlement Administrator. Costs of the settlement administration not to exceed $20,000.00 are approved;

6. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

7. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, the certified Settlement Collective, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED.**

DATE: March 10, 2022

Joseph H. Rodriguez,
United States District Judge